In The Court of Criminal Appeals of Texas
Austin, Texas

June 1ST, 2015

Daniel Vasquez Dominguez
TDCJ-ID.# 1355966
Neal Unit
9055 Spur 591
Amarillo, Texas 79107

Court of Criminal Appeals )
Mr. Abel Acosta, Clerk )
P.O. Box 12308 Capitol Station )
Austin, Texas 78711 )

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 04 2015

Abel Acosta, Clerk

RE: Petition for Discretionary Review, Supplement
(PD-0346-15)
COA Case No. 11-12-00349-CR
Tr. Ct. No. 13674-B

FILED IN
COURT OF CRIMINAL APPEALS

JUN 04 2015

Abel Acosta, Clerk

Dear Clerk,

Petitioner would like to first state to this Court that on May 27, 2015, he submitted his Petition for Discretionary Review. Petitioner requested for a small extension to investigate his problem about his outgoing and incoming mail at the TDCJ Unit. Petitioner advised this Court that in order to provide a copy of the Court of Appeals Opinion, he had to send it out of the Unit to make copies, because the law library does not

(1.)

provide copies for prisoners.

In the event to provide a copy for this Court, it seems that several of my legal documents were missing on their return back to me. The only personell that opened my mail are the people here at the Neal Unit. I had send, the court of appeals opinion, an attorney's letter, and the judge's order appointing an attorney for my Chapter 64 of the Tex. Code Crim. Proc. On May 27, 2015 I recieved 1 copy of the Court of Appeal's Opinion, my original Opinion with the last page missing, and my attorney's letter and the Judge's Order were all missing - Luckilly, the Opinion's copy is complete and I want to supplement it to my (P.D.R.) as required by Rules of Appellate Procedure, [rule 68]. My other Exhibits were all missing so I can not provide them to the Court. Although I have included another attorneys letter with his motion to withdraw relating to the same statements in the missing letter. These documents will provide the Court with the same information the Petitioner provide in his P.D.R.; please supplement as (Exhibit #-1). Petitioner has also provided a copy of the exculpatory case file no. 5034-CX of the evidence filed in the 326th District Court, under a sealed file. Please supplement these documents as (Exhibit #-2). The Judge's Order for appointment of Counsel which Petitioner was

(2.)

intending to submit with his P.D.R. as [Exhibit #3], will have to be obtained from the trial court records.

Please understand Mr. Acosta that these requests were not my intentions. Someone at the Neal Unit Postal Service has tampered with my mail.

Petitioner is in the process of contacting the U.S. Post Master, the F.B.I., and Federal Judge, Clinton Averatte of Amarillo on this issue. This is a federal offense and I intend to pursue charges against the person or persons involved in this unlawful behavior.

Please file my P.D.R. with my supplemental Exhibits #1 and #2 withe the Court, and please advise the Justices of my serious situation.

Your assistance is greatly appreciated in these legal matters.

Respectfully submitted,

Daniel Vasquez Dominguez

Daniel Vasquez Dominguez

TDCJ-I.D.# 1355966

Neal Unit

9055 Spur 591

Amarillo, Tx. 79107

(Copy = x2)

(3.)

## Certificate of Service

I hereby certify that a true copy of Petitioner's Petition for Discretionary Review, Supplemental Exhibits, and Court of Appeals Opinion Appendix has been served upon by U.S. Mail Postal Service first-class on June 1st, 2015, to Court of Criminal Appeals of Texas, P.O. Box 12308, Capitol Station, Austin, Texas 78711.

Daniel Vasquez Dominguez
TDCJ-ID # 1355966

## Inmate's Unsworn Declaration

My name is Daniel Vasquez Dominguez, my date of birth is July 17, 1967, and my inmate identifying number is 1355966, I presently incarcerated in the Neal Unit, in Amarillo, Potter County, Texas 79107. I declare under penalty of perjury statements and documents are true and correct.

Executed on the 1st day of June, 2015.

Daniel Vasquez Dominguez
Petitioner's Signature

(4.)